IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No.: 19-cr-00359 |
| | ) | |
| ROBERT FIKE, | ) | |
| Defendant | ) | |

## MOTION FOR COURT ORDER TO PROVIDE PSYCHOLOGICAL RECORDS TO PROBATION OFFICER FOR PURPOSES OF PREPARATION OF THE PRESENTENCE INVESTIGATION REPORT

The Defendant, Robert Fike, through his attorney, Chris Rand Eyster, Esquire, represents as follows in support of this motion:

1. The probation officer is in the process of preparing a presentence investigation report.

2. After the Defendant's interview, the parties have conferred and believe it would be appropriate to provide the probation officer with the Defendant's psychological and competency records. The inclusion of said records in the presentence investigation will result in a more thorough and accurate presentence investigation report. Said records are beneficial to the Defendant's case because they contain mitigating evidence as to Defendant's state of mind. The Defendant consents to said motion. The parties will agree on what records to provide to the probation officer and then provide said records.

3. The parties believe that a court order would be appropriate before said records would be disclosed to the probation officer. The government consents to said motion.

WHEREFORE, the Defendant requests that the Court grant this motion to allow the parties to provide competency and psychological records to the probation officer for purposes of the presentence investigation report.

    Respectfully submitted,

    s/ Chris Rand Eyster
    Chris Rand Eyster, Esquire
    Attorney for Defendant
    3242 Babcock Boulevard
    Pittsburgh, PA 15237
    (412) 765-0633
    PA. I.D. #44166