# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No.: 19-359 |
| | ) | |
| ROBERT FIKE, | ) | |
| Defendant | ) | |

## DEFENDANT'S SENTENCING MEMORANDUM

The Defendant, Robert Fike, through his attorney, Chris Rand Eyster, Esquire, represents as follows:

1. The Defendant has been incarcerated since December 13, 2019.

2. Sentencing is scheduled for April 5, 2022.

3. The Defendant has entered into a plea agreement with the government, which provides in pertinent part (PSIR, p. 5):

> In Part C of the agreement, both parties agreed to what the maximum penalties are in this case. In paragraph 3 of this section, the parties stipulated to a binding sentence pursuant to Rule 11(c)(1)(C), which is as follows: a term of imprisonment to be determined by the Court, but not less than 20 months, a supervised release term of 3 years to include a term of home incarceration with electronic monitoring of 180 days, followed by a term of home detention with electronic monitoring, a $200 special assessment, and other sex offender conditions outlined in this section. Consistent with Rule 11(c)(1)(C), the Court may accept the plea agreement, reject the plea agreement, or defer a decision until it reviews the presentence report. If the Court rejects the plea agreement, consistent with Rule 11(c)(5), the defendant will have the opportunity to withdraw his guilty plea.

4. The parties are working with the probation office toward a resolution of this case involving Defendant's placement at a half-way house in Florida and transfer of his

supervised release to the middle district of Florida.

    5.  The parties believe that such arrangements will be in place at sentencing at which time the Defendant will request a sentence of time served to be followed by 3 years of supervised release with conditions consistent with the plea agreement.

                          Respectfully submitted,

                          <u>S/ Chris Rand Eyster</u>
                          CHRIS RAND EYSTER, ESQUIRE
                          Attorney for Defendant
                          3242 Babcock Boulevard
                          Pittsburgh, PA 15237
                          (412) 765-0633
                          PA. I.D. #44166